UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

               Plaintiff,                           Case # 07-30006

vs.

JACQUELINE BAKER,

               Defendant.

_____/

## STIPULATION TO CONTINUE PRELIMINARY HEARING

       The United States of America and defendant agree that there is good cause to continue the

preliminary hearing in this case, now scheduled to take place on January 24, 2007, and that the

preliminary hearing will be continued until March 26, 2007. *See* Fed. R. Crim. P. 5.1(d). The

parties also stipulate and agree that this Stipulation and any order resulting therefrom shall not affect

any previous order of pretrial detention or pretrial release and is excludable time under the Speedy

Trial Act, *see* 18 U.S.C. § 3161(b).


                                        Respectfully submitted,

                                        STEPHEN J. MURPHY
                                        United States Attorney


s/*MICHAEL R. MUELLER*              s/*NICHOLAS J. VENDITTELLI* (w/consent)
Assistant U.S. Attorney                  Attorney for Defendant
211 W. Fort Street, Suite 2001          6053 Chase Road
Detroit, MI 48226                       Dearborn, MI 48126
(313) 226-9579                          (313) 945-5100


Dated: January 23, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

          Plaintiff,                      Case # 07-30006

vs.

JACQULINE BAKER,

          Defendant.
_____/


**<u>ORDER CONTINUING PRELIMINARY HEARING</u>**

       This matter coming before the court on the stipulation of the parties, it is ordered pursuant

to Rule 5.1(d) of the Federal Rules of Criminal Procedure that the preliminary hearing in this case,

now scheduled to take place on January 24, 2007, be continued until March 26, 2007.  It is further

ordered that this continuance constitutes excludable delay under the Speedy Trial Act, *see* 18 U.S.C.

§ 3161(b).


                         s/ Mona K. Majzoub_____
                         MONA K. MAJZOUB
                         U.S. Magistrate Judge


Entered: January 24, 2007